OPINIONS PER CURIAM, ETC., FROM JANUARY

5, 1904 TO MAY 6, 1904.

No. 26. Ex parte Mut.—Petition for a writ of *habeas corpus*. Decided January 5, 1904. Petition denied. *Mr. de Diego,* for petitioner.

No. 8. Nazario *v.* Montalvo.—Appeal from the District Court of Mayagüez. Decided January 12, 1904. The appeal is declared abandoned by reason of the non-appearance of the appellant.

No. 46. Guillermety *v.* Rivera.—Appeal from the District Court of San Juan. Decided May 15, 1904. The appeal is declared to be withdrawn on motion of the appellant. *Mr. Monserrat,* for appellannt.

No. 154. García *v.* Rivera.—Appeal from the District Court of San Juan. Decided January 20, 1904. Declared to be withdrawn on motion of the appellant. *Mr. Antonsanti,* for appellant.

No. 28. Ex parte Rendón.—Petition for a writ of *habeas*